```
McGREGOR W. SCOTT
United States Attorney
KENNETH J. MELIKIAN
Assistant U. S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR NO. F-96-5149-REC |
| ) | |
| Plaintiff, ) | APPLICATION AND ORDER TO DESTROY |
| ) | EVIDENCE |
| v. ) | |
| ) | |
| EFRAIN GARCIA, et.al. ) | |
| ) | |
| ) | |
| Defendants. ) | |
| _____) | |

   TO:  THIS HONORABLE COURT, THE DEFENDANTS AND THEIR ATTORNEYS OF RECORD

   It is requested that the Court authorize and order agents of the United States Drug Enforcement Administration to destroy and dispose of the items of evidence listed below, which were seized during a narcotics investigation and are currently maintained in their custody and control pursuant to the rules and regulations of their agency:

///

///

///

///

1

1  Audio Tapes of telephone conversations obtained pursuant to a
2  court authorized Title III wiretap filed underseal on April 22,
3  1996, under 1:96-MC-00014-REC.
4  DATED:   January 25, 2007              Respectfully submitted,
5                                         McGREGOR W. SCOTT
                                          United States Attorney
6
7
                                       By:/s/ Kenneth J. Melikian
8                                         KENNETH J. MELIKIAN
                                          Assistant U. S. Attorney
9
10
                                       IT IS SO ORDERED.
11
12 DATED: January 25, 2007
                                          /s/Robert E. Coyle
13                                        U. S. District Court Judge

2

3